| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM, AL 35203 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | POWER OF ATTORNEY (POA #1) | ATTORNEY IN FACT |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH WELLS FARGO BANK ACCOUNT | A | Interest | J | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | A | Interest | L | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | | None | J | T | | | | | |
| 5. DREYFUS LIQUID LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Interest | N | T | | | | | |
| 6. CITIBANK SOUTH DAKOTA BANK DEPOSIT ACCOUNT | A | Interest | L | T | | | | | |
| 7. AGRIUM INC (CANADA) | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 8. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 9. | | | | | Sold (part) | 01/31/11 | J | A | |
| 10. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 11. | | | | | Sold | 06/08/11 | K | D | |
| 12. AMAZON.COM INC. | | None | J | T | Buy (add'l) | 01/21/11 | J | | |
| 13. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 14. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 15. | | | | | Sold | 06/08/11 | K | D | |
| 16. | | | | | Buy | 07/28/11 | J | | |
| 17. | | | | | Sold | 10/4/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 11/15/11 | K | | |
| 19. AMERICAN CENTURY EQUITY INCOME | A | Dividend | J | T | Buy | 11/03/11 | J | | |
| 20. AMERICAN TOWER CORP - CLASS A | | None | | | Buy | 01/26/11 | K | | |
| 21. | | | | | Sold | 03/21/11 | K | A | |
| 22. AMERISOURCEBERGEN CORP | A | Dividend | J | T | Buy | 07/28/11 | J | | |
| 23. ANADARKO PETROLEUM CORP | | None | K | T | Buy | 12/27/11 | K | | |
| 24. APACHE CORP | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 25. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 26. | | | | | Sold | 06/08/11 | K | A | |
| 27. | | | | | Buy | 07/28/11 | J | | |
| 28. | | | | | Sold | 12/27/11 | J | A | |
| 29. APPLE INC | | None | J | T | Buy (add'l) | 01/21/11 | J | | |
| 30. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 31. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 32. | | | | | Sold | 06/08/11 | L | D | |
| 33. | | | | | Buy | 07/28/11 | J | | |
| 34. AVAGO TECHNOLOGIES LTD ORD | A | Dividend | J | T | Buy | 10/21/11 | K | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BAIDU INC SPON ADR RPTING | | None | J | T | Buy | 03/23/11 | J | | |
| 36. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 37. | | | | | Sold | 06/08/11 | K | A | |
| 38. | | | | | Buy | 07/28/11 | J | | |
| 39. BLACKROCK INC DE | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 40. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 41. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 42. | | | | | Sold | 06/08/11 | K | A | |
| 43. BORGWARNER INC. | | None | J | T | Buy | 03/07/11 | K | | |
| 44. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 45. | | | | | Sold | 06/08/11 | K | A | |
| 46. | | | | | Buy | 07/28/11 | J | | |
| 47. CATERPILLAR INC. | A | Dividend | J | T | Buy | 05/23/11 | K | | |
| 48. | | | | | Sold | 06/08/11 | K | A | |
| 49. | | | | | Buy | 07/28/11 | J | | |
| 50. CERNER CORP | | None | J | T | Buy (add'l) | 01/21/11 | J | | See Section VIII Addtl Inf |
| 51. | | | | | Buy (add'l) | 01/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 53. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 54. | | | | | Sold | 06/08/11 | K | E | |
| 55. | | | | | Buy | 07/28/11 | J | | |
| 56. | | | | | Sold | 08/04/11 | J | A | |
| 57. | | | | | Buy | 10/24/11 | K | | |
| 58. CF INDUSTRIES HOLDINGS INC | A | Dividend | J | T | Buy | 07/28/11 | J | | |
| 59. COACH INC.. | A | Dividend | K | T | Buy | 02/23/11 | K | | |
| 60. | | | | | Buy (add'l) | 03/08/11 | K | | |
| 61. | | | | | Buy (add'l) | 03/24/11 | K | | |
| 62. | | | | | Sold | 06/08/11 | K | B | |
| 63. | | | | | Buy | 07/28/11 | J | | |
| 64. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 65. COGNIZANT TECH SOLUTIONS CRP | | None | K | T | Buy (add'l) | 01/21/11 | J | | |
| 66. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 67. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 68. | | | | | Sold (part) | 01/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/08/11 | K | D | |
| 70. | | | | | Buy | 07/28/11 | J | | |
| 71. | | | | | Buy (add'l) | 10/24/11 | K | | |
| 72. COMPANHIA DE BEBIDAS DAS AMERS SPONS ADR | A | Dividend | | | Buy | 01/26/11 | K | | |
| 73. | | | | | Sold (part) | 06/08/11 | K | C | |
| 74. | | | | | Redeemed | 06/13/11 | J | A | |
| 75. DEERE & CO | A | Dividend | K | T | Buy (add'l) | 01/21/11 | J | | |
| 76. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 77. | | | | | Buy (add'l) | 01/27/11 | J | | |
| 78. | | | | | Sold | 06/08/11 | K | A | |
| 79. | | | | | Buy | 10/24/11 | K | | |
| 80. EDWARDS LIFE SCIENCES CORP | | None | | | Buy | 02/23/11 | K | | |
| 81. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 82. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 83. | | | | | Sold | 06/08/11 | K | A | |
| 84. EOG RESOURCES INC. | | None | K | T | Buy | 12/27/11 | K | | |
| 85. EXPRESS SCRIPTS INC | | None | | | Buy (add'l) | 01/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 87. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 88. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 89. | | | | | Sold | 03/30/11 | K | D | |
| 90. ENCORE CAPITAL GROUP INC | | None | | | Sold | 11/2/11 | J | C | |
| 91. FMC TECHNOLOGIES INC | | None | | | Buy (add'l) | 01/21/11 | J | | |
| 92. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 93. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 94. | | | | | Sold (part) | 01/31/11 | J | A | |
| 95. | | | | | Sold | 06/08/11 | K | D | |
| 96. HEWLETT PACKARD CO | | None | | | Buy | 09/22/11 | J | | |
| 97. | | | | | Sold | 11/2/11 | J | A | |
| 98. HOSPIRA INC | | None | | | Sold | 01/03/11 | K | A | |
| 99. ISHARES BARCLAY 3 - 7 YEAR TREAS BD FD | B | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |
| 100. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 101. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 102. ISHARES BARCLAYS AGGREGATE BOND FUND | C | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 104. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 105. ISHARES BARCLAYS 1 - 3 YEAR TREAS BD FD | A | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |
| 106. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 107. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 108. ISHARES TR S&P GLOBAL TELECOM SECTOR INDEX FD | | None | | | Sold | 01/26/11 | J | A | |
| 109. ISHARES DJ US TELECOM SECTOR INDEX FUND | | None | | | Sold | 01/21/11 | J | A | |
| 110. ISHARES SILVER TRUST | | None | K | T | Sold (part) | 01/26/11 | J | A | |
| 111. | | | | | Sold (part) | 01/31/11 | J | C | |
| 112. | | | | | Sold (part) | 05/04/11 | K | D | |
| 113. ISHARES US DOW JONES MEDICAL EQUIPMENT INDEX | | None | | | Sold | 01/21/11 | J | A | |
| 114. ISHARES TRUST US ENERGY SEC | | None | | | Sold | 01/21/11 | J | A | |
| 115. IVY ASSET STRATEGY FUND CLASS A | | None | | | Sold | 01/21/11 | K | C | |
| 116. IVY LIMITED TERM BOND FUND CLASS A | A | Dividend | | | Sold | 01/21/11 | L | A | |
| 117. MARATHON OIL CORP | A | Dividend | | | Buy | 03/31/11 | K | | |
| 118. | | | | | Sold | 06/08/11 | K | A | |
| 119. | | | | | Buy | 07/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/27/11 | J | A | |
| 121. MCDONALDS CORP | | None | | | Buy (add'l) | 01/21/11 | J | | |
| 122. | | | | | Sold (part) | 02/23/11 | K | C | |
| 123. | | | | | Sold | 02/24/11 | K | B | |
| 124. NOBLE CORP | | None | | | Buy (add'l) | 01/21/11 | J | | |
| 125. | | | | | Sold | 01/25/11 | K | B | |
| 126. NOVO-NORDISK A S ADR | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 127. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 128. | | | | | Buy (add'l) | 01/27/11 | J | | |
| 129. | | | | | Sold | 06/08/11 | K | C | |
| 130. | | | | | Buy | 07/28/11 | J | | |
| 131. | | | | | Sold | 08/04/11 | J | A | |
| 132. OCCIDENTAL PETROLEUM CORP - DEL | A | Dividend | J | T | Buy | 01/04/11 | J | | |
| 133. | | | | | Buy (add'l) | 01/21/11 | J | | |
| 134. | | | | | Buy (add'l) | 01/25/11 | J | | |
| 135. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 136. | | | | | Sold | 06/08/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 07/28/11 | J | | |
| 138. ORACLE CORP | | None | | | Buy | 06/06/11 | K | | |
| 139. | | | | | Sold | 06/08/11 | K | A | |
| 140. | | | | | Buy | 10/24/11 | K | | |
| 141. | | | | | Sold | 12/27/11 | K | A | |
| 142. QUALCOMM INC | A | Dividend | K | T | Buy | 10/21/11 | K | | |
| 143. ROSETTA RESOURCES INC | | None | K | T | Buy | 07/28/11 | J | | |
| 144. | | | | | Buy (add'l) | 08/10/11 | K | | |
| 145. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 146. SPDR BARCLAYS CAPITAL TIPS | C | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |
| 147. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 148. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 149. SPDR OIL AND GAS EQUIP & SERV ETF | | None | | | Sold | 01/21/11 | K | C | |
| 150. STARBUCKS CORP | A | Dividend | K | T | Buy | 10/21/11 | K | | |
| 151. SYNGENTA AG SPON ADR COM | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 152. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 153. | | | | | Buy (add'l) | 01/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/01/11 | J | A | |
| 155. | | | | | Sold | 06/08/11 | K | D | |
| 156. TECK RESOURCES LTD CL B | A | Dividend | | | Buy (add'l) | 01/21/11 | J | | |
| 157. | | | | | Sold (part) | 01/26/11 | J | B | |
| 158. | | | | | Sold (part) | 01/31/11 | J | A | |
| 159. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 160. | | | | | Sold | 06/06/11 | K | A | |
| 161. TEVA PHARMACEUTICALS IND LTD ISREAL ADR | | None | | | Buy (add'l) | 01/21/11 | J | | |
| 162. | | | | | Buy (add'l) | 01/26/11 | J | | |
| 163. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 164. | | | | | Sold | 02/08/11 | K | A | |
| 165. UNION PACIFIC CORP | A | Dividend | J | T | Buy (add'l) | 01/25/11 | K | | |
| 166. | | | | | Sold | 06/08/11 | K | B | |
| 167. | | | | | Buy | 07/28/11 | J | | |
| 168. VISA INC CL A | | None | | | Sold | 01/03/11 | K | A | |
| 169. WHOLE FOODS MKT INC | | None | J | T | Buy | 10/21/11 | K | | |
| 170. FIRST EAGLE OVERSEAS FUND CLASS | | None | | | Sold | 01/21/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. LORD ABBETT MIDCAP FUND CLASS C | | None | | | Sold | 01/21/11 | K | A | |
| 172. ISHARES TRUS DOW JONES TECH SECTOR INDEX FUND | | None | | | | | | | See Section VIII Addtl Inf |
| 173. ISHARES INC MSCI SWITZ INDEX FD | | None | | | Sold | 01/26/11 | K | C | See Section VIII Addtl Inf |
| 174. ISHARES TRUST DJ U.S BASIC MATERIALS SECTR INDEX FD | | None | | | Sold | 01/21/11 | K | B | |
| 175. ISHARES S&P 100 INDEX FUND | | None | | | Sold | 01/26/11 | K | C | |
| 176. ISHARES DOW JONES US PHARM INDEX FUND | | None | | | Sold | 01/26/11 | J | B | |
| 177. RYDEX ETF TRUST S&P 500 EQUAL WGHTD INDEX FD INC | | None | | | Sold | 01/26/11 | K | C | |
| 178. SAP AG SPONS ADR-USD | | None | K | T | Buy | 12/27/11 | K | | |
| 179. SPDR GOLD TRUST | | None | L | T | Buy (add'l) | 01/26/11 | J | | |
| 180. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 181. US TSY INFL PRT NOTE 02.000% DUE 7/15/14 | B | Interest | L | T | Sold (part) | 10/11/11 | J | A | |
| 182. | | | | | | | | | |
| 183. POA #1 | | | | | | | | | |
| 184. CASH - WELLS FARGO BANK (X) | A | Interest | L | T | | | | | See Section VIII Addtl Inf |
| 185. CASH - LEGACY FEDERAL CREDIT UNION (X) | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 186. CASH - WELLS FARGO BROKERAGE ACCT (X) | | None | L | T | | | | | See Section VIII Addtl Inf |
| 187. AT&T INC (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. EXELIS INC | | None | K | T | Spinoff (from line 190) | 11/01/11 | K | | See Section VIII Addtl Inf |
| 189. HARTFORD FINL SVCS GROUP INC (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 190. ITT CORP (X) | C | Dividend | K | T | | | | | See Section VIII Addtl inf |
| 191. PEPSICO INCORPORATED (X) | B | Dividend | K | T | | | | | See Section VIII Addtl Inf |
| 192. PFIZER INCORPORATED (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 193. XYLEM INC | A | Dividend | L | T | Spinoff (from line 190) | 11/01/11 | L | | See Section VIII Addtl Inf |
| 194. GENERAL ELEC CAP CORP INTERNOTES SEMI ANNUAL CPN 4.00% (X) | B | Interest | | | Redeemed | 05/16/11 | L | | See Section VIII Addtl Inf |
| 195. GOLDMAN SACHS GROUP NOTES 4.25% DUE 12/15/14 | | None | L | T | Buy | 12/05/11 | L | | See Section VIII Addtl Inf |
| 196. ALABAMA ST PORT AUTH BONDS 5.00% DUE 10/1/12 (X) | A | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 197. KEY BANK NATL ASSN CD DUE 10/24/11 (X) | B | Interest | | | Redeemed | 10/24/11 | L | A | See Section VIII Addtl Inf |
| 198. DISCOVER BK CD DUE 10/22/13 (X) | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 199. VERSUS BANK OF COMMERCE CD 2.15% MATURES 11/30/16 | A | Interest | L | T | Buy | 05/26/11 | L | | See Section VIII Addtl Inf |
| 200. WELLS FARGO ADVANTAGE STRATEGIC MUN BD FD (X) | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 201. HARTFORD MUTUAL FUNDS INC FLOATING RATE FD CL C | A | Dividend | M | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION 1, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINE 34 - AVAGO TECHNOLOGIES LTD ORD - THE DIFFERENCE IN VALUE CODE FROM VALUE PURCHASED TO VALUE OF THE HOLDING AT 12/31/2011 WAS PURELY RELATED TO MARKET DECLINES IN VALUE. THERE WERE NO FURTHER DISPOSITIONS TO REPORT FOR THIS INVESTMENT.

SECTION VII, LINE 50 - 57 - CERNER CORP - THE DIFFERENCE IN VALUE CODE FROM VALUE PURCHASED TO VALUE OF THE HOLDING AT 12/31/2011 WAS PURELY RELATED TO MARKET DECLINES IN VALUE. THERE WERE NO FURTHER DISPOSITIONS TO REPORT FOR THIS INVESTMENT.

SECTION VII, LINE 169 - WHOLE FOODS MKT INC - THE DIFFERENCE IN VALUE CODE FROM VALUE PURCHASED TO VALUE OF THE HOLDING AT 12/31/2011 WAS PURELY RELATED TO MARKET DECLINES IN VALUE. THERE WERE NO FURTHER DISPOSITIONS TO REPORT FOR THIS INVESTMENT.

SECTION VII, LINE 172 - ISHARES DOW JONES TECH SECTOR INDEX FUND - THIS ITEM WAS REPORTED IN ERROR ON THE 2011 REPORT. IT WAS DISPOSED OF IN THE 2010 CALENDAR YEAR AND ANOTHER PURCHASE WAS DOUBLE REPORTED HERE IN ERROR DATED 12/13/10. IT WAS NOT HELD AT ANY TIME DURING THE 2011 CALENDAR YEAR. THIS ERROR WAS NOT DISCOVERED UNTIL THE PREPARATION OF THIS ANNUAL REPORT.

SECTION VII, LINE 173 - ISHARES INC MSCI SWITZ INDEX FD - THE DIFFERENCE IN VALUE CODE FROM VALUE PURCHASED TO VALUE OF THE HOLDING AT 12/31/2011 WAS PURELY RELATED TO INCREASES IN MARKET VALUE OF THE INVESTMENT. THERE WERE NO FURTHER ACQUISITIONS TO REPORT FOR THIS INVESTMENT.

SECTION VII, LINES 183 - 201 - THESE ASSETS ARE REPORTED UNDER THE POWER OF ATTORNEY LABELED POA #1 AS DESCRIBED IN PART I, POSITIONS.

SECTION VII, LINES 188, 190, AND 193 - ON OCTOBER 24, 2011, THE INVESTMENT LISTED ON LINE 190, ITT CORP, HAD A REVERSE STOCK SPLIT IN WHICH SHARES OF ITS SUBSIDIARIES, EXCELIS INC (LISTED ON LINE 188) AND XYLEM INC (LISTED ON LINE 193) WERE RECEIVED BY THE STOCKHOLDER AS STOCK DISTRIBUTIONS. THERE WAS NO GAIN OR LOSS REALIZED ON THIS TRANSACTION.

SECTION VII, LINE 189 - HARTFORD FINL SVCS GROUP INC (X) - THE DIFFERENCE IN VALUE CODE FROM VALUE HELD AT 12-31-10 AND VALUE HELD AT 12-31-11 IS PURELY RELATED TO DECREASES IN THE MARKET VALUE OF THE INVESTMENT, THERE WERE NO FURTHER DISPOSITIONS TO REPORT FOR THIS INVESTMENT.

SECTION VII, LINE 194 - GENERAL ELEC CAP CORP INTERNOTES SEMI ANNUAL CPN 4.00% (X) - THESE BONDS WERE REDEEMED ON 5/16/2011. THE VALUE CODE WAS HIGHER AT THE END OF THE 2010 CALENDAR YEAR THAN ITS REDEMPTION VALUE DUE TO THE VALUE OF THE BONDS IN RELATION TO THE MARKET INTEREST RATE AND DATES TILL MATURITY. THERE ARE NO FURTHER DISPOSITIONS TO REPORT ON THIS INVESTMENT.

SECTION VII, LINE 197 - KEY BANK NATL ASSN CD DUE 10/24/11 (X) - THESE BONDS WERE REDEEMED ON 5/16/2011. THE VALUE CODE WAS HIGHER AT THE END OF THE 2010 CALENDAR YEAR THAN ITS REDEMPTION VALUE DUE TO THE VALUE OF THE BONDS IN RELATION TO THE MARKET INTEREST RATE AND DATES TILL MATURITY. THERE ARE NO FURTHER DISPOSITIONS TO REPORT ON THIS INVESTMENT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ VIRGINIA E. HOPKINS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544